# EXHIBIT 3

NINTH JUDICIAL CIRCUIT COURT

# REGISTER OF ACTIONS
## CASE NO. 2018-0153-CZ

Scottsdale Capital Advisors Corp. vs
MorningLightMountain, LLC et al.

§
§
§
§

Location: **Civil Division**
Judicial Officer: **Lipsey, Alexander C.**
Filed on: **04/16/2018**

---

### CASE INFORMATION

Case Type: **CZ - General Civil**

Case Flags: **Jury Demand**

| DATE | CASE ASSIGNMENT |
|---|---|
| | **Current Case Assignment** |
| | Case Number    2018-0153-CZ |
| | Court          Civil Division |
| | Date Assigned  04/16/2018 |
| | Judicial Officer  Lipsey, Alexander C. |

### PARTY INFORMATION

*Lead Attorneys*

**Plaintiff**    Scottsdale Capital Advisors Corp.    Gordon, Deborah L.
*Retained*
248-258-2500(W)

**Defendant**    Does 1-10

Goode, Michael

MorningLightMountain, LLC

| DATE | EVENTS & ORDERS OF THE COURT | INDEX |
|---|---|---|
| 04/16/2018 | Summons and Complaint - Civil - New Filing ^<br>Service To: Defendant MorningLightMountain, LLC; Defendant Goode, Michael; Defendant Does 1-10 | |
| 04/17/2018 | Notice of Review by Business Court Judge | |
| 04/20/2018 | Amended Complaint<br>Party: Plaintiff Scottsdale Capital Advisors Corp. | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff Attorney** Gordon, Deborah L. | |
| | Total Charges | 260.00 |
| | Total Payments and Credits | 260.00 |
| | **Balance Due as of 4/27/2018** | 0.00 |