# EXHIBIT 6

# In the United States District Court
# For the Western District of Michigan

| | |
|---|---|
| SCOTTSDALE CAPITAL ADVISORS CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>MORNINGLIGHTMOUNTAIN, LLC, MICHAEL GOODE, and DOES 1–10,<br><br>    Defendants. | SOUTHERN DIVISION<br>Civil No.<br>HON.<br><br>Kalamazoo Civil No.: 18-0153-CZ<br>HON. ALEXANDER C. LIPSEY<br><br>**PROOF OF SERVICE** |

STATE OF MICHIGAN   )
COUNTY OF OAKLAND  )

On May **11**, 2018, I caused this paper to be served on Scottsdale by hand delivering a copy of the same, with all exhibits, to Scottsdale's attorney of record in the State-court action, Deborah L. Gorden, at her office located at 33 Bloomfield Hills Parkway, Suite 220, Bloomfield Hills, Michigan 48304.

I declare that under the penalty of perjury that the statements above are true to the best of my information, knowledge and belief.

*Michelle L. Guardiola*
MICHELLE L. GUARDIOLA