UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SCOTTSDALE CAPITAL ADVISORS
CORP.,

        Plaintiff,                    Case No. 1:18–cv–00533–JTN–ESC

v.                                  Hon. Janet T. Neff

MORNINGLIGHTMOUNTAIN, LLC, et al.,

        Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE AND NOTICE OF DEFICIENCY

      NOTICE is hereby given that the above–captioned case was removed from Kalamazoo County Circuit Court, and electronically filed in this court on May 11, 2018 .   The case has been assigned to Janet T. Neff .
      The filing party has failed to submit a **corporate disclosure statement** as required by FRCP 7.1.  Counsel is required to file this form, even if there is no corporate affiliation to disclose, for every corporate party. A form for this purpose is available on the court website at www.miwd.uscourts.gov.

                                                CLERK OF COURT

Dated:  May 14, 2018        By:    /s/ E. Siskind_____
                                          Deputy Clerk