UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

Scottsdale Capital Advisors Corp.

        Plaintiff(s),

v.

MorningLightMountain, LLC, et. al.

        Defendant(s).

_____/

Case No. 1:18-cv-00533

Hon. Janet T. Neff

**DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST**

Pursuant to Federal Rule of Civil Procedure 7.1, MorningLightMountain, LLC (Party Name) makes the following disclosure:

1. Is party a publicly held corporation or other publicly held entity? ☐ Yes ☑ No

2. Does party have any parent corporations? ☐ Yes ☑ No
   If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

3. Is 10% or more of the stock of party owned by a publicly held corporation or other publicly held entity? ☐ Yes ☑ No
   If yes, identify all such owners:

4. Is there any other publicly held corporation or other publicly held entity that has a direct financial interest in the outcome of the litigation? ☐ Yes ☑ No
   If yes, identify entity and nature of interest:

Date: May 14, 2018

_____
(Signature)
JOSEPH E. RICHOTTE (P 70902)
BUTZEL LONG, P.C.
41000 Woodward Avenue, Stoneridge West
Bloomfield Hills, Michigan 48304
(248) 258-1616 | richotte@butzel.com