# In the United States District Court
# For the Western District of Michigan

SCOTTSDALE CAPITAL ADVISORS CORPORATION,

    Plaintiff,

v.

MORNINGLIGHTMOUNTAIN, LLC, MICHAEL GOODE, and DOES 1–10,

    Defendants.

SOUTHERN DIVISION

Civil No. 1:18-cv-00533
HON. JANET T. NEFF
M.J. ELLEN S. CARMODY

**STIPULATED ORDER REMANDING CASE TO STATE COURT**

On May 11, 2018, Defendants MorningLightMountain, LLC and Michael Goode removed this action from Kalamazoo County Circuit Court.

The parties have conferred about the Notice of Removal and agree to remand this action back to Kalamazoo County Circuit Court.

Defendants agree not to file any further notice(s) of removal in this matter.

SO ORDERED.

Dated: May 21, 2018

/s/ Janet T. Neff
HON. JANET T. NEFF
United States District Judge

SO STIPULATED:

_____
CHARLES H. HARDER (CA# 184593)
JORDAN D. SUSMAN (CA# 246116)
H. RHETT PINKSY (P18920)
DEBORAH L. GORDON (P27058)
*Counsel for Plaintiffs*

JOSEPH E. RICHOTTE (P70902)
DOAA K. AL-HOWAISHY (P82089)
*Counsel for MLM and Mr. Goode*

{00092230;1}